**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

TROY ALAN CROMLEIGH,      )
                  )
        Petitioner,   )
                  )   Civil Action No. 09-14 Erie
    v.              )
                  )
COMMONWEALTH OF     )
PENNSYLVANIA, et al.,    )
                  )
        Respondents. )

## MEMORANDUM ORDER

     This petition for writ of habeas corpus was received by the Clerk of Court on January 21, 2009 and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

     The Chief Magistrate Judge's Report and Recommendation [6], filed on January 30, 2009, recommends that the Petition for Writ of Habeas Corpus be transferred to the United States District Court for the Middle District of Pennsylvania.  Service was made on Petitioner by certified mail at SCI Albion, where he is incarcerated.  Petitioner has filed no objections to Chief Magistrate Judge Baxter's Report and Recommendation. After <u>de novo</u> review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

       AND NOW, this 19th day of May, 2009;

       IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus be transferred forthwith to the United States District Court for the Middle District of Pennsylvania.

The Report and Recommendation of Chief Magistrate Judge Baxter, filed on January 30, 2009 [6] is adopted as the opinion of the Court.


s/   Sean J. McLaughlin
SEAN J. McLAUGHLIN
United States District Judge


cm:   All parties of record
Susan Paradise Baxter, Chief U.S. Magistrate Judge